1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
   E-mail:     rlwong@duanemorris.com
5

6  Patrick S. Salceda (SBN 247978)
   **DUANE MORRIS LLP**
7  2475 Hanover Street
   Palo Alto, CA  94304-1194
8  Telephone: +1 650 847 4150
   Fax: +1 650 847 4151
9  E-mail:     psalceda@duanemorris.com

10 Attorneys for Defendant
   GENEA ENERGY PARTNERS, INC.
11

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTER, dba MATTER SYSTEMS and MARK FULTON, dba INTEGRITY AUTO-MATED SOLUTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH VOYSEY, Chief Technology Officer, GENEA ENERGY PARTNERS, INC., a California Corporation, DAVID BALKIN, position unknown, CHRIS TAYLOR, position unknown, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:15-cv-00978-CJC-AGR<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO RULE 11**<br><br>Date:   January 11, 2016<br>Time:  1:30 p.m.<br>Dept:   9B<br><br>Judge:  Hon. Cormac J. Carney<br>Complaint Filed: June 19, 2015<br>FAC Filed: October 5, 2015 |

TO THE HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT COURT JUDGE, THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 11, 2016, at 1:30 p.m., or as soon

1  thereafter as the matter may be heard in Courtroom 9B of the above entitled Court,
2  Defendant, GENEA ENERGY PARTNERS, INC. ( "Genea") will and hereby moves
3  this Court for an order sanctioning Plaintiffs, and their counsel, Gregory Richardson,
4  Esq., pursuant to Rule 11 of the Federal Rules of Civil Procedure.
5      By letter dated November 16, 2015, counsel for Genea notified Mr. Richardson
6  of Genea's intention to file this motion.  Thereafter, later that day, the parties met and
7  conferred by telephone to discuss the substance of the contemplated motion and any
8  potential resolution.  This motion is made following the conference of counsel
9  pursuant to L.R. 7-3 which took place on November 16, 2015.
10     This Motion is based on this Notice of Motion and Motion, the accompanying
11 Memorandum of Points and Authorities, the Declaration of Ray L. Wong, the
12 Consolidated Request For Judicial Notice In Support Of Genea's Motion For Rule 11
13 Sanctions and Motion To Dismiss, other evidence properly before the Court, and the
14 arguments of counsel at the hearing.

                                      Respectfully submitted,

Dated: December 11, 2015            **DUANE MORRIS LLP**

                                      By: */s/ Ray L. Wong*
                                            Ray L. Wong
                                            Patrick S. Salceda
                                            Attorneys for Defendant
                                            GENEA ENERGY PARTNERS, INC.

DM2\6218744.1