| | |
|---|---|
| 1 | Ray L. Wong (SBN 84193) |
| 2 | **DUANE MORRIS LLP**<br>Spear Tower |
| 3 | One Market Plaza, Suite 2200<br>San Francisco, CA  94105-1127 |
| 4 | Telephone: +1 415 957 3000<br>Fax:  +1 415 957 3001 |
| 5 | E-mail:      rlwong@duanemorris.com |
| 6 | Patrick S. Salceda (SBN 247978) |
| 7 | **DUANE MORRIS LLP**<br>2475 Hanover Street |
| 8 | Palo Alto, CA  94304-1194<br>Telephone: +1 650 847 4150 |
| 9 | Fax:  +1 650 847 4151<br>E-mail:      psalceda@duanemorris.com |
| 10 | Attorneys for Defendant |
| 11 | GENEA ENERGY PARTNERS, INC. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTER, dba MATTER SYSTEMS and MARK FULTON, dba INTEGRITY AUTO-MATED SOLUTIONS,<br><br>        Plaintiffs,<br><br>  v.<br><br>KEITH VOYSEY, Chief Technology Officer, GENEA ENERGY PARTNERS, INC., a California Corporation, DAVID BALKIN, position unknown, CHRIS TAYLOR, position unknown, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 8:15-cv-00978-DOC-AGR<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) & 12(b)(6)**<br><br>Date:      January 11, 2016<br>Time:      8:30 a.m.<br>Dept:       9D<br><br>Judge:     Hon. David O. Carter<br>Complaint Filed: June 19, 2015<br>FAC Filed: October 5, 2015 |

TO THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT

COURT JUDGE, THE PARTIES AND THEIR COUNSEL OF RECORD:

1    PLEASE TAKE NOTICE that on January 11, 2016, at 8:30 a.m., or as soon
2 thereafter as the matter may be heard in Courtroom 9D of the above entitled Court,
3 Defendant, GENEA ENERGY PARTNERS, INC. ("Genea") will move the Court to
4 dismiss the action pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil
5 Procedure because Plaintiffs' Amended Complaint fails for want of subject matter
6 jurisdiction and on the further grounds that the complaint fails to state factual
7 allegations that demonstrate a plausible claim against Genea.

8    On November 16, 2015, counsel for Genea telephoned Mr. Gregory
9 Richardson, counsel for Plaintiffs John Matter and Mark Fulton (collectively
10 "Plaintiffs") to discuss the substance of Genea's contemplated motion to dismiss and
11 to discuss any potential resolution pursuant to L.R. 7-3.  The parties were unable to
12 resolve their dispute and this motion is made following the conference of counsel.

13    The motion is based on this Notice of Motion and Motion, Genea's
14 Memorandum of Points and Authorities (Dkt. 15-2), the Consolidated Request For
15 Judicial Notice In Support Of Genea's Motion For Rule 11 Sanctions and Motion To
16 Dismiss (Dkt. 17), other evidence properly before the Court, and the arguments of
17 counsel at the hearing.

Respectfully submitted,

19 Dated: December 14, 2015   **DUANE MORRIS LLP**

By: */s/ Ray L. Wong*
Ray L. Wong
Patrick S. Salceda
Attorneys for Defendant
GENEA ENERGY PARTNERS, INC.

DM2\6396849.1