1  Ray L. Wong (SBN 84193)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
   E-mail:      rlwong@duanemorris.com
5

6  Patrick S. Salceda (SBN 247978)
   **DUANE MORRIS LLP**
7  2475 Hanover Street
   Palo Alto, CA  94304-1194
8  Telephone: +1 650 847 4150
   Fax: +1 650 847 4151
9  E-mail:      psalceda@duanemorris.com

10 Attorneys for Defendant
   GENEA ENERGY PARTNERS, INC.
11

12              **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15 | JOHN MATTER, dba MATTER SYSTEMS | Case No.: 8:15-cv-00978-DOC-AGR |
   | and MARK FULTON, dba INTEGRITY | |
16 | AUTOMATED SOLUTIONS, | **DEFENDANT GENEA ENERGY** |
   | | **PARTNERS, INC.'S RESPONSE** |
17 | | **TO PLAINTIFFS' OPPOSITION** |
   |                   Plaintiffs, | **TO NOTICE OF RELATED** |
18 | | **CASE** |
   |       v. | |
19 | | |
   | KEITH VOYSEY, Chief Technology | |
20 | Officer, GENEA ENERGY PARTNERS, | |
   | INC., a California Corporation, DAVID | Judge:      Hon. David O. Carter |
21 | BALKIN, position unknown, CHRIS | Complaint Filed: June 19, 2015 |
   | TAYLOR, position unknown, and DOES 1 | FAC Filed: October 5, 2015 |
22 | through 50, inclusive, | |
   | | |
23 |                   Defendants. | |

24

25

26

27

28

DEFENDANT'S RESPONSE TO PLAINTIFFS' OPPOSITION TO NOTICE OF RELATED CASE
CASE NO.: 8:15-CV-00978-DOC-AGR

1    Plaintiffs John Matter, d/b/a Matter Systems and Mark Fulton d/b/a Integrity

2   Automated Solutions (collectively "Plaintiffs") belatedly filed on December 30, 2015,

3   an opposition to the Notice of Related Case (Dkt. 27).  Plaintiffs did not comply with

4   this Court's local rule when it failed to file a Notice of Related case.  *See* L.R. 83-

5   1.3.1.  Plaintiffs' opposition to the Notice of Related Case filed by defendant Genea

6   Energy Partners, Inc. ("Genea") on December 11, 2015 (Dkt. 18) is untimely.

7   Plaintiffs' opposition to the Notice of Related Case was due on December 16, 2015.

8   *See* L.R. 83-1.3.3  The Court has already ruled that the present action was related to

9   Plaintiffs' earlier action.  *See* Dkt. 20.  Genea also disagrees with many of the

10   assertions in Plaintiffs' opposition, but will not submit any further response unless the

11   Court directs Genea to file a response to Plaintiffs' untimely opposition.

12

13                                  Respectfully submitted,

14   Dated: December 31, 2015            **DUANE MORRIS LLP**

15

16                            By: */s/ Ray L. Wong*
                                  Ray L. Wong
17                                Patrick S. Salceda
                                  Attorneys for Defendant
18                                GENEA ENERGY PARTNERS, INC.

19   DM2\6430438.1

20

21

22

23

24

25

26

27

28

                                         1