Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail:       rlwong@duanemorris.com

Patrick S. Salceda (SBN 247978)
**DUANE MORRIS LLP**
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: +1 650 847 4150
Fax: +1 650 847 4151
E-mail:       psalceda@duanemorris.com

Attorneys for Defendant
GENEA ENERGY PARTNERS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MATTER, dba MATTER SYSTEMS and MARK FULTON, dba INTEGRITY AUTOMATED SOLUTIONS,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH VOYSEY, Chief Technology Officer, GENEA ENERGY PARTNERS, INC., a California Corporation, DAVID BALKIN, position unknown, CHRIS TAYLOR, position unknown, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:15-cv-00978-DOC-AGR<br><br>**DEFENDANT GENEA ENERGY PARTNERS, INC.'S OBJECTIONS TO PLAINTIFFS' REQUEST TO CROSS-EXAMINE JOHN GUIST AND TO EXTEND HEARING DATES**<br><br>Judge:    Hon. David O. Carter<br>Complaint Filed: June 19, 2015<br>FAC Filed: October 5, 2015 |

On December 22, 2015, this Court dismissed Plaintiffs John Matter, d/b/a Matter Systems and Mark Fulton d/b/a Integrity Automated Solutions' (collectively "Plaintiffs") First Amended Complaint and set a briefing and hearing schedule for defendant Genea Energy Partners, Inc.'s ("Genea") motion for Rule 11 sanctions. (Dkt. 23).  On December 24, 2015, Plaintiffs filed a "Request" to take the deposition of John Guist and to reset the hearing dates to February 2, 2016.  *See* Dkt. 24.  Genea opposes the "requests" made by Plaintiffs.  Such requests are procedurally improper and should disregarded or perfunctorily denied.  If the Court intends to consider these "requests," Genea opposes the "requests" on several grounds.  At the outset, the most recent complaint has been dismissed, as Plaintiffs themselves acknowledge.  Thus, there is no current action under which any deposition can be taken.  Additionally, no showing has been made that a deposition of Genea's former outside attorney, John Guist, is necessary or appropriate, especially given the obvious attorney-client privilege issues and before any Rule 26 discovery conference – if Plaintiffs are allowed to proceed with any action (which at best is doubtful).

As to Plaintiffs' "request" to reset the hearings, that request is also unnecessary and should be denied.  The Court already set a revised briefing schedule for the Rule 11 sanctions motion, and Plaintiffs filed an opposition (Dkt. 25), presumably in accordance with the schedule set by the Court.  The schedule set by the Court is appropriate, and no reason has been given why it should be adjusted.  The amended notice of hearing, which Genea filed and served on December 14, 2015 (Dkt. 22), was due to the fact that the action was reassigned to this Court earlier that day, and was not a valid reason to alter any of the deadlines or schedule pursuant to the Court's rules.  Plaintiffs' recent "requests" (Dkt. 24) are improper, unnecessary and should be denied in their entirety.

//
//
//

1

1                                                  Respectfully submitted,

2   Dated: December 31, 2015            **DUANE MORRIS LLP**

3

4                                 By: */s/ Ray L. Wong*
                                      Ray L. Wong

5                                       Patrick S. Salceda
                                      Attorneys for Defendant

6                                       GENEA ENERGY PARTNERS, INC.

7   DM2\6433111.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28