# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN MATTER, ET AL,

PLAINTIFF(S)

v.

KEITH VOYSEY, ET AL,

DEFENDANT(S).

CASE NUMBER

SA CV 15-0978-DOC (AGRx)

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 1/8/16 | 32 | Motion for Leave to File 3rd Amended Complaint |
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by  1/13/16  .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated:  January 12, 2016

By:  Deborah Goltz
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge